ENTERED ON DOCKET
10/7/99 PURSUANT
TO FRCP RULES 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE R. SCHARON, JR.   *
                       *
Plaintiffs             *       Civil No. 98-2370(SEC)
                       *
v.                     *
                       *
ED GONZALEZ, WARDEN    *
                       *
Defendant              *
*************************************

## JUDGMENT

Pursuant to the order of even date, the above-captioned is hereby **DISMISSED**. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)