UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. SCHARON, JR.
Plaintiff
v.                                  Civil No. 98-2370(SEC)
ED GONZALEZ, WARDEN
Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 6**<br>"Motion Requesting Reconsideration . . ." | The Court has reviewed its dismissal of plaintiff's request for an order prohibiting the sale and distribution of cigarettes and cigars at the Metropolitan Detention Center in Guaynabo, Puerto Rico, and finds that plaintiff's arguments do not warrant reconsideration. Thus, the Court reiterates its order of dismissal. Additionally, the Court finds that plaintiff's motion for reconsideration should also be dismissed as moot, since plaintiff is no longer confined at the Metropolitan Detention Center in Guaynabo. Therefore, plaintiff's motion for reconsideration is **DENIED**.<br><br>Plaintiff's requests for an evidentiary hearing and appointment of counsel are also **DENIED**. |
| **Docket # 9**<br>"Motion Requesting Transcript of All Hearings and Docket at No Cost or Court Fees" | Plaintiff's request for transcripts of "all hearings" is **DENIED**, as no hearings have been held in this case.<br><br>Plaintiff's request for a free copy of the record is also **DENIED**, since plaintiff has not demonstrated the need for such copy. |

DATE: December /3 , 1999

SALVADOR E. CASELLAS
United States District Judge



